UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MIRTA SUREN,

                  Plaintiff,

    -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

                  Defendant.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 4439 (JG)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ SEP - 2 2008 ★

P.M. _____
TIME A.M. _____

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 29, 2008, granting defendant's motion for summary judgment with respect to both claims; and directing the Clerk of Court to enter judgment for MetLife on Suren's claim; and ordering that judgment shall be entered on MetLife's counterclaim in the amount of $5,830.00; it is

      ORDERED and ADJUDGED that defendant's motion for summary judgment is granted with respect to both claims; that judgment is entered for MetLife on Suren's claim; and that on MetLife's counterclaim, judgment is hereby entered for MetLife in the amount of $5,830.00.


Dated: Brooklyn, New York
       August 29, 2008
       Sept. 2

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
Chief Deputy